UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES OF AMERICA**

v.                                                    **No. 4:09-cr-0072-P**

**RONALD HERNANDEZ (01)**

## ORDER DENYING RECONSIDERATION

The motion of Ronald Hernandez for reconsideration of the Court's order of February 18, 2026, denying his motion for compassionate release is **DENIED**. Movant argues that he should have been granted an opportunity to raise new grounds in support of his motion after remand, which would have been inconsistent with the appellate court's instructions. And, in any event, he does not identify any plausible new ground for relief.

**SO ORDERED** on this **24th day** of **March 2026.**

_____

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE